# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CHRISTOPHER LISCHEWSKI

CR18 0203

FILED
MAY 16 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RS

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 15 U.S.C. § 1 – Price Fixing

---

A true bill.

_____
Foreman

Filed in open court this 16 day of May, 2018

KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ Summons for 5/29/2018

AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

---OFFENSE CHARGED---

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

---DEFENDANT - U.S---

▶ Christopher Lischewski

DISTRICT COURT NUMBER
CR 18 - 0203

FILED
MAY 16 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RS

---DEFENDANT---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding
1) ☒ If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form: Leslie A. Wulff, DOJ-Antitrust
☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) _____

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT
If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance
Defendant Address:
C/O Ben Hur Esq., Keker, Van Nest & Peters
633 Battery Street, San Francisco, CA 94111-1809

Comments:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: May 29, 2018 9:30 AM   Before Judge: Joseph C. Spero

PENALTY SHEET

Individual:     **Christopher Lischewski**

15 U.S.C. § 1 – Price Fixing (Count 1)

<u>Maximum Penalties</u>:

1. A term of imprisonment of 10 years

2. A fine of $1 million

3. A period of supervised release of not more than 3 years

4. $100 special assessment per count ($100)

5. Restitution



FILED
MAY 16 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR18   0203

LESLIE A. WULFF (CSBN 277979)
MANISH KUMAR (CSBN 269493)
MICAH L. RUBBO (CSBN 267465)
ANDREW SCHUPANITZ (CSBN 315850)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
Leslie.Wulff@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>Defendant. | No. CR18 0203<br><br>VIOLATION: 15 U.S.C. § 1<br>Price Fixing |

INDICTMENT

The Grand Jury charges that:

I.  INTRODUCTION

At all times relevant to this Indictment, unless otherwise indicated:

1. Packaged seafood consists of shelf-stable tuna fish that is sold in cans and is manufactured in a broad range of sizes and specifications.

2. Bumble Bee Foods, LLC ("Bumble Bee"), was a limited liability company incorporated in Delaware with its principal place of business in San Diego, California.

INDICTMENT

1

1  Bumble Bee manufactured, supplied, and sold packaged seafood to customers in the United
2  States.
3       3.      Defendant CHRISTOPHER LISCHEWSKI was the President and Chief
4  Executive Officer of Bumble Bee.
5       4.      Whenever in this Indictment reference is made to any act, deed, or transaction
6  of any corporation, the allegation means that the corporation engaged in the act, deed, or
7  transaction by or through its officers, directors, employees, agents, or other representatives
8  while they were actively engaged in the management, direction, control, or transaction of its
9  business or affairs.

## II.   DESCRIPTION OF THE OFFENSE

11      5.      The factual allegations in Paragraphs 1 through 4 are re-alleged and incorporated
12 by reference.
13      6.      CHRISTOPHER LISCHEWSKI is hereby indicted and made a defendant on the
14 charge contained in this Indictment.
15      7.      Beginning in or about November 2010 and continuing until in or about
16 December 2013, the exact dates being unknown to the Grand Jury, in the Northern District of
17 California and elsewhere, the defendant and coconspirators knowingly entered into and
18 engaged in a combination and conspiracy to suppress and eliminate competition by fixing
19 prices for packaged seafood sold in the United States.  The combination and conspiracy
20 engaged in by the defendant and coconspirators was an unreasonable restraint of interstate
21 commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).  The defendant
22 knowingly joined and participated in the charged conspiracy beginning in or about November
23 2010 and continuing until in or about December 2013.
24      8.      The charged combination and conspiracy consisted of a continuing agreement,
25 understanding, and concert of action among the defendant and coconspirators, the substantial
26 terms of which were to fix and maintain prices of packaged seafood sold in the United States.
27 //
28 //

9. Various corporations and individuals, not made defendants in this Indictment, participated as coconspirators in the offense charged herein and performed acts and made statements in furtherance thereof.

### III. MEANS AND METHODS OF THE CONSPIRACY

10. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and coconspirators did those things that they combined and conspired to do, and authorized, ordered, and consented to the participation of subordinate employees in those things that they combined and conspired to do, including, among other things:

   a) participated in meetings, conversations, and communications concerning prices of packaged seafood to be sold in the United States;

   b) agreed during those meetings, conversations, and communications on prices for packaged seafood sold in the United States;

   c) agreed during those meetings, conversations, and communications to limit and restrict competition between the conspirators as to certain types and categories of products, including, but not limited to, competition for products based on certain types of fishing methods;

   d) collected, exchanged, monitored, and discussed information on prices, sales, supply, demand, and the production of packaged seafood for the purpose of reaching agreements on prices and monitoring and enforcing adherence to the agreements reached;

   e) issued price announcements and pricing guidance for packaged seafood in accordance with the agreements reached;

   f) sold packaged seafood in the United States at collusive and noncompetitive prices;

   g) accepted payments for packaged seafood sold in the United States at collusive and noncompetitive prices; and

//

3

INDICTMENT

      h)    employed measures to conceal their conduct, including, but not limited to, using code when referring to coconspirators, meeting at offsite locations to avoid detection, limiting distribution and discouraging retention of documents reflecting conspiratorial contacts, and providing misleading justifications for prices.

## IV.    TRADE AND COMMERCE

11.    During the period covered by this Indictment, the defendant and coconspirators sold and distributed substantial quantities of packaged seafood in a continuous and uninterrupted flow of interstate trade and commerce to customers located in states or countries other than states or countries in which the packaged seafood was produced.  In addition, substantial quantities of equipment and supplies necessary to the production and distribution of packaged seafood, as well as substantial payments by customers for packaged seafood sold by defendant and coconspirators, traveled in interstate trade and commerce.

12.    During the period covered by this Indictment, the business activities of the defendant and coconspirators, their corporate employers, and other coconspirators in connection with the sale of packaged seafood that is the subject of this Indictment were within the flow of, and substantially affected, interstate trade and commerce within the United States.

//
//
//
//
//
//
//
//
//
//
//
//

4

INDICTMENT

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

Dated: May 16, 2018

A TRUE BILL

_____
MAKAN DELRAHIM
Assistant Attorney General

_____
FOREPERSON

_____
BERNARD A. NIGRO, JR.
Deputy Assistant Attorney General

_____
E. KATE PATCHEN
Chief, San Francisco Office

_____
MARVIN N. PRICE, JR.
Acting Deputy Assistant Attorney General

_____
MANISH KUMAR
Assistant Chief, San Francisco Office

Antitrust Division
United States Department of Justice

_____
ALEX G. TSE
Acting United States Attorney
Northern District of California

_____
LESLIE A. WULFF
MICAH L. RUBBO
ANDREW SCHUPANITZ
Attorneys, Antitrust Division
U.S. Department of Justice
San Francisco Office
450 Golden Gate Ave
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel.: (415) 934-5300

INDICTMENT