| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | JOHN W. KEKER - # 49092 |
| 2 | jkeker@keker.com |
| | ELLIOT R. PETERS - # 158708 |
| 3 | epeters@keker.com |
| | BENEDICT Y. HUR - # 224018 |
| 4 | bhur@keker.com |
| | ELIZABETH K. MCCLOSKEY - # 268184 |
| 5 | emccloskey@keker.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 7 | Facsimile: 415 397 7188 |
| 8 | Attorneys for Defendant |
| | CHRISTOPHER LISCHEWSKI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00203-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER STATUS CONFERENCE** |
| v. | |
| CHRISTOPHER LISCHEWSKI, | Dept. Courtroom 5 - 17th Floor |
| Defendant. | Judge: Hon. Edward M. Chen |
| | Date Filed: May 16, 2018 |
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER STATUS CONFERENCE
Case No. 3:18-cr-00203-EMC

1292552

Defendant Christopher Lischewski, by and through his attorney of record, Elliot R. Peters, and the United States of America, by and through its attorney of record, Manish Kumar, hereby agree and stipulate as follows:

1. This matter is currently set for a further status conference on August 15, 2018 at 2:30 p.m. Counsel for Mr. Lischewski has a scheduling conflict on August 15, 2018, and all parties have agreed to move the date of the further status conference by three weeks, to September 5, 2018 at 2:30 p.m., the first court date that counsel are available. The Clerk has advised that this date is available for a further status conference before the Court. The parties have also agreed to exclude time between August 15, 2018, and September 5, 2018.

2. The parties agree and stipulate, and request that the Court find the following:

   i) Counsel for Mr. Lischewski has a scheduling conflict on August 15, 2018, the currently scheduled date for the further status conference in this matter.

   ii) Counsel for the Government has agreed to a continuance of the further status conference by three weeks, until September 5, 2018.

   iii) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   iv) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 15, 2018 to September 5, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: July 31, 2018 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Elliot R. Peters* |
| | | ELLIOT R. PETERS |
| | | Attorney for Defendant |
| | | CHRISTOPHER LISCHEWSKI |
| Dated: July 31, 2018 | | UNITED STATES |
| | By: | */s/ Manish Kumar* |
| | | MANISH KUMAR |
| | | U.S. DEPARTMENT OF JUSTICE |
| | | ANTITRUST DIVISION |

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Manish Kumar within this e-filed document.

/s/ *Elliot R. Peters*

## [PROPOSED] ORDER

The stipulation to continue the further status conference from August 15, 2018 at 2:30 p.m. to September 5, 2018 at 2:30 p.m. is GRANTED and the time period of August 15, 2018 to September 5, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

DATED: 08/03/2018

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE