ANDREW SCHUPANITZ (CSBN 315850)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
andrew.schupanitz@usdoj.gov
Telephone: (415) 934-5300

Attorney for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>Defendant. | NO. CR 18-00203 EMC<br><br>**[PROPOSED] ORDER EXCLUDING TIME FROM COMPUTATION UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161, *ET SEQ.*** |

The parties appeared before this Court on October 24, 2018 for a status hearing in the above-captioned matter. The parties stipulated to exclude time under the Speedy Trial Act from October 24, 2018 to November 4, 2019, the date of trial.

The Court finds that the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). For the reasons stated on the record, failing to exclude the time between October 24, 2018 and November 4, 2019 would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Based on these findings, IT IS HEREBY ORDERED that the time period from October 24, 2018

//

to November 4, 2019 is excluded from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: October 26, 2018

_____
HONORABLE EDWARD M. CHEN
United States District Judge