UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### *AMENDED CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** January 9, 2019 | **Time:** 10:38 - 11:10 = 28 Minutes | **Judge:** EDWARD M. CHEN |

**Case No.**: 18-cr-00203-EMC-1     **Case Name:** USA v. Christopher Lischewski

**Attorney for Government:** Micah Rubbo
**Attorneys for Defendant:** Elliot Peters, Nicholas Goldberry, Elizabeth McCloskey
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Vicki Eastvold |
| **Interpreter:** | **Probation Officer:** |

### PROCEEDINGS

Status Conference – Held.

### SUMMARY

Parties stated appearances.

Disclosure deadlines:

Government stated Rule 16 discovery from the Government has been completely provided. Local Rule 16-1 has 4 separate disclosure requirements. First two not at issue. No evidence obtained via electronic surveillance. With respect to 404b disclosure – evidence and co-conspirator notice - it's the Government's position this disclosure deadline needs to be closer to the trial date, in line with trial exhibit list deadline. Stated Government would be prejudiced by releasing too early. Government proposed local rule 16-1 disclosure two months prior to pretrial conference and stated purpose of disclosure is to expedite trial preparation for the Court but not serve as a discovery tool.

Defense stated the Government continues to delay until the last minute and no reason why they cannot identify co-conspirator statements and provide sooner. Requests March date.

*The Court: Deadline for all Local Rule 16-1 Disclosures (including Rule 404(b) and co-conspirator statements) is April 12, 2019.  Co-conspirator notice response due from defendant 5/15/2019; reply due 5/22/2019; disputes to be heard on 6/12/2019 at 2:30 p.m.  Defendant not asking for expert disclosure under Rule 16 and thus Defendant has no reciprocal duty to disclose experts.  Government stated it does not intend to call experts.  If expert witnesses are to be called

at trial, Court (as a matter of case management) orders that disclosure of expert witnesses shall be made July 26, 2019, in advance of pretrial conference.

*Per Stipulation, all other pretrial motions pursuant to Rule 12(b) to be filed 3/6/2019; opposition due 4/3/2019; reply due 4/3/2019; heard on 5/7/2019 at 2:30 p.m.  Motions in limine to be filed 7/23/2019; responses due 8/13/2019; heard at the pretrial conference on 8/27/2019.

The Court designates this case as complex and further excludes time also for effective preparation of defendant to trial date.

**CASE CONTINUED TO:  April 17, 2019 at 2:30 p.m. for Further Status Conference**.

Time Excluded:    Begins: 1/9/2019        Ends: 11/4/2019

Government to prepare an exclusion order, if not already filed.