# EXHIBIT A

**"FAD-free"/ "free-school" Skipjack for Private Label Products**

**Frequently Asked Questions**

Bumble Bee and the global tuna processing industry welcome any retailer's science based efforts to advance the sustainability of global tuna stocks.  However, we are collectively concerned about singular actions that are inconsistent with broader, ongoing efforts to improve the sustainability of all tuna fisheries and gear types.

We applaud retailers' willingness to support research relative to tuna fishing and invite them to collaborate with the tuna industry as we work with the world's Regional Fishery Management Organizations (RFMOs) to improve global tuna fishery management.  We believe that engaging with the International Seafood Sustainability Foundation (ISSF http://iss-foundation.org/  ), a coalition of leading scientists, tuna processors from every region of the world and the World Wildlife Fund (WWF) and the world's leading conservation organization, is the appropriate vehicle for this collaboration.  Bumble Bee is a founder and strong advocate of ISSF's science based approach towards long term sustainability of global tuna stocks.

Recent positioning by certain environmental groups (Greenpeace in particular) that skipjack caught on "free-schools" is more "responsible, sustainable or eco-friendly" implies that other methods of skipjack fishing are not sustainable.  Scientific evidence proves that this is NOT the case as all global skipjack stocks are healthy.  We hope the information provided below, including ISSF comments on these particular issues, helps explain this issue and addresses questions you or some of your customers may have.

We are also aware that Greenpeace is pressuring retailers to adopt a number of their other environmental positions, most of which are not supported by science.  Such positions include restrictions on fish caught using certain gear types or from specific regions (some of their proposed restrictions even apply to fishery species that have met the stringent MSC certification criteria).

Over the last several years, Greenpeace has developed retailer seafood sustainability ratings using their annual 'seafood survey' (which now also includes canned tuna).   Retailers should understand that this non-scientific, opaque survey is not a valid measure of any organization's seafood sustainability performance, but simply a report card on how closely retailers' policies align with Greenpeace positions.  The positions that Greenpeace has taken are generally inconsistent with positions accepted by the scientific community and Greenpeace continues to refuse to interact with ISSF and the scientific community to develop common priorities.  The bottom line is that Greenpeace is a fund-raising organization and scare tactics and sensationalism are more successful in raising funds than utilizing a science based approach.

Following are answers to some commonly asked questions regarding skipjack tuna (also known as light meat) and the various fishing methods used to catch this prolific species.  Please feel free to contact us for additional information if you have any other questions.

Confidential Treatment Requested
Grand Jury Material
BBDOJ-000882113

How is the skipjack contained in Bumble Bee light meat products caught?

Bumble Bee light meat products contain skipjack tuna caught via purse seine fishing gear on both schools and FADs (fish aggregating devices). Almost all purse seiners will fish on both schools and FADs during any given fishing trip with school fishing being opportunistic, and fishing on FADs providing more consistent and efficient catches. Forcing a seiner to do one or the other method exclusively would drive efficiency down and cost up.

Does Bumble Bee plan to offer a "school-caught" skipjack product?

We do not offer a Bumble Bee-branded "school-caught" skipjack product, or any product specifying gear-type or region of catch, to the market as we believe the appropriate approach is to seek improvements across global tuna stocks and across all gear types. That said, if a retailer has a specification for a private label product involving a specific gear type or region, we would be willing to bid on the business assuming we could consistently meet the standards and deliver on the specification. We do encourage any retailer contemplating going down the road of gear type or regional specific tuna products (FAD-free skipjack, for instance) to meet with us and/or ISSF to ensure they are fully cognizant of all the implications and current sourcing challenges of such a commitment.

Is there a "FAD-free"/"free-school" skipjack already available to the marketplace today?

While there is a substantial amount of skipjack caught on free-schools already found in light meat products on the market, this is fish that is caught as part of the normal purse seine operations that include both school and FAD fishing as noted above. That is, this fish is not currently being segregated in the vessel's freezing wells or during processing and transportation relative to skipjack caught on FADs during the same fishing trip. "Verified" FAD free skipjack, which is not comingled with FAD-caught fish, will require significant operational changes by fishing vessels and tuna processors and this will take time to implement. Getting capable, independent, on-board observers that are qualified to accurately monitor fishing activity and fish segregation practices would also be required. As of February, 2012 there is no verified source of "free-school" skipjack that is available to the market.

If there is not a verified source of "free-school" skipjack available today, how would a customer meet a commitment and ensure that the product they sell contains only "free-school" fish?

As a first step, acceptable definitions of FAD-free fish need to be developed and verification schemes need to be designed. Traceability and 'chain of custody' procedures that ensure proper segregation of FAD-free versus FAD fish will be complicated but are essential to ensure the accuracy of any "FAD-free" claims. The best approach to ensure accuracy would be to require a fishing vessel to ONLY FISH ON SCHOOLS during an entire fishing trip. While this would negatively impact efficiencies and operating costs, it would provide assurances that there has been no comingling of fish.

It should be noted that the Marine Stewardship Council (MSC) recently awarded a conditional certification to the Parties to the Nauru Agreement (PNA), a group of eight Pacific Island nations, for their free school (non-FAD) skipjack fishery which could eventually provide a verified source. However,

Confidential Treatment Requested
Grand Jury Material
BBDOJ-000882114

one of the conditions of the MSC approval is the establishment of a 'chain of custody' (to ensure that fish caught on FADs is not comingled with "FAD-free" fish) which has not yet occurred. An organization called Pacifical, a marketing arm of the PNA countries, has publicly stated they plan to control the MSC certified fish coming out of PNA and limit access to one distributor per region. We are waiting to see how the chain of custody and access to this supply develops.

In summary, we believe the only valid way to ensure segregation of FAD and school-caught fish is to limit fishing vessels to 'school only' fishing trips with qualified, independent observers on board.

<u>What kind of price premium might "school-caught" skipjack have?</u>

While difficult to project given market uncertainty and changing supply and demand dynamics, we estimate that verified FAD free skipjack premium per ton could be 25% or more when compared to mixed FAD and school catches. There is no existing source of verified school-caught skipjack and even if the PNA fishery referenced above gets certified, it represents about 275,000 metric tons in a global skipjack fishery of about 2.5 million metric tons. The "FAD-free/pole and line" commitments of a number of European brands and retailers, coupled with potential incremental costs of an MSC logo and limited access of certified fish by Pacifical, could drive premiums even higher.

<u>Will consumers will be willing to pay the premium for a private label "free-school" skipjack?</u>

Independent research suggests that only a small percentage of mainstream consumers are willing to pay more for canned tuna from the same region, with the same nutritional benefit, caught via the same gear (purse seine) with the only difference being the manner in which fish are located by the vessel. The shelf stable tuna, and specifically skipjack lightmeat consumer, is a cost driven shopper, and while many consumers claim preference for more "environmentally friendly" products, the reality is that there is significant dissonance between their intentions and actions at shelf when faced with a higher cost. It is our belief that it will be challenging to educate a consumer on the fairly complex concept of FAD free vs. free school fish and convince them of the merits of paying even a small premium for the same product with the same nutritional value and benefits – especially when there is no significant environmental impact. Consumers, even in the sustainability spectrum, are more motivated to pay for products that come with personal value and benefits (i.e. healthier for me, safer for me and my family, etc), and we do not believe that "free-school" skipjack meets this criteria.

<u>What is the basis of positioning "free-school" fish as more "responsible, eco-friendly or sustainable" than existing sourcing methods and are there any issues with that claim?</u>

The primary environmental benefit highlighted by Greenpeace for school fishing over FAD fishing is the lower rate in the capture of non-target species, known as by-catch. Some level of by-catch is associated with almost every type of commercial fishing and, while it is true that the by-catch rate of non-target species is higher for purse seine fishing on FADs than on school fishing (see below table), it is less than four percent in three of the four major oceans and it has the lowest rate in the Western Pacific where the majority of the world's tuna are caught. Note also that 80-95 percent of the by-catch is of species that are not at risk (the key at risk stocks are several species of sharks and ISSF is working on new fishing

Confidential Treatment Requested
Grand Jury Material
BBDOJ-000882115

methods, new net designs and new technology to reduce shark mortality).  In the case of the Atlantic, where there is a higher level of by-catch, there is a market in West Africa for these by-catch species.

Purse Seine Bycatch – Non-target species (ISSF 2011)

|  | Western Pacific | Eastern Pacific | Indian | Atlantic |
|---|---|---|---|---|
| School Fishing (No FAD) | 0.3% | 0.8% | 0.8% | 2.8% |
| FAD | 1.7% | 2.4% | 3.6% | 8.9% |

Fishing on FADs can also take higher rates of non-targeted, small tunas of the more sensitive bigeye and yellowfin species.  All fishing methods lead to the catch of some juvenile (small) tunas and it is not necessarily harmful to a stock's health.  In fact, scientists who gathered for a technical meeting for a tuna stock assessment workshop, determined that "stocks that have experienced high juvenile fishing mortality are not necessarily more overfished in comparison to stocks that have not."[1]  Importantly, when juvenile tunas are captured they are generally retained and used in tuna processing so there is no resultant waste.

One environmental disadvantage of school fishing compared to FAD fishing is the fuel required to land comparable amounts of fish.  Because school fishing involves sailing around physically searching for fish, and generally  using helicopters to help locate schools, this method can result in the use of more fuel (with a higher associated carbon footprint) than when fishing on FADs that can be marked with beacons for easy locating.

There are pros and cons to each method of fishing and scientists believe both FAD and school fishing methods have a role to play in tuna fishing.  The International Seafood Sustainability Foundation (ISSF) and its participants are actively working to improve fishing on FADs by supporting science based efforts to reduce the by-catch associated with this method.   ISSF believes by-catch can be reduced substantially through utilization of best practices, modifications in fishing gear / nets and new technology.  Through the best practices and commitments in the ISSF "Make the Commitment" plan, (http://iss-foundation.org/wp-content/uploads/downloads/2011/07/ISSF-GIP-brochure-for-web.pdf ) science and industry believes we can eliminate half the non-targeted by-catch in purse seine fisheries by 2014.  This is the approach being supported by ISSF through a three year research program including both skipper training and at-sea research.

---

[1] Report of the 2011 ISSF Stock Assessment Workshop, Page 1, August 2011, http://iss-foundation.org/wp-content/uploads/downloads/2011/04/B2-Final-Report-2011-ISSF-WS-28-March.pdf

Confidential Treatment Requested
Grand Jury Material
BBDOJ-000882116