```
KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
ELLIOT R. PETERS - # 158708
epeters@keker.com
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
CHRISTOPHER LISCHEWSKI
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00203-EMC |
|---|---|
| Plaintiff, | **DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT CHRISTOPHER LISCHEWSKI'S MOTION TO COMPEL COMPLIANCE WITH THE GOVERNMENT'S OBLIGATIONS UNDER BRADY, GIGLIO, THE JENCKS ACT, AND FEDERAL RULE OF CRIMINAL PROCEDURE 16** |
| v. | |
| CHRISTOPHER LISCHEWSKI, | |
| Defendant. | |
| | Date:   April 17, 2019<br>Time:   2:30 p.m.<br>Dept.   Courtroom 5 - 17th Floor<br>Judge:  Hon. Edward M. Chen |
| | Date Filed: May 16, 2018 |
| | Trial Date: November 4, 2019 |

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT
CHRISTOPHER LISCHEWSKI'S MOTION TO COMPEL COMPLIANCE WITH THE GOVERNMENT'S
OBLIGATIONS UNDER BRADY, GIGLIO, THE JENCKS ACT, AND
FEDERAL RULE OF CRIMINAL PROCEDURE 16
Case No. 3:18-cr-00203-EMC

1325117

I, NICHOLAS S. GOLDBERG, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner in the law firm of Keker, Van Nest & Peters LLP, counsel for Defendant Christopher Lischewski in the above-captioned action. I make this declaration in support of Mr. Lischewski's Motion to Compel Compliance with the Government's Obligations Under *Brady*, *Giglio*, the Jencks Act, and Federal Rule of Criminal Procedure 16 ("Motion to Compel"). I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, I could do so completely under oath.

2. Attached as **Exhibit A** is a true and correct copy of an April 21, 2016 letter to John Terzaken and Erick Raven-Hansen, of Allen & Overy LLP from Renata B. Hesse of the Department of Justice ("DOJ") re terms of the agreement with Tri-Union Seafoods, LLC, *d/b/a* Chicken of the Sea Int'l, filed hereto under seal.

3. Attached as **Exhibit B** is a true and correct copy of a May 25, 2018 letter to Leslie A. Wulff and Manish Kumar of the DOJ from Benedict Y. Hur of Keker, Van Nest & Peters requesting discovery.

4. Attached as **Exhibit C** is a true and correct copy of the relevant excerpts of a Transcript of Proceedings in re *United States v. Lischewski*, dated June 6, 2018.

5. Attached as **Exhibit D** is a true and correct copy of the relevant excerpts of a Transcript of Proceedings in re *United States v. Lischewski*, dated September 5, 2018.

6. Attached as **Exhibit E** is a true and correct copy of the relevant excerpts of a Transcript of Proceedings in re *United States v. Lischewski*, dated June October 24, 2018.

7. Attached as **Exhibit F** is a true and correct copy of a September 12, 2018 letter to Elliot R. Peters of Keker, Van Nest & Peters from Manish Kumar, Leslie Wulff, and Andrew Schupanitz of the DOJ responding to Mr. Lischewski's request for particularization, filed hereto under seal.

1

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT CHRISTOPHER LISCHEWSKI'S MOTION TO COMPEL COMPLIANCE WITH THE GOVERNMENT'S OBLIGATIONS UNDER BRADY, GIGLIO, THE JENCKS ACT, AND FEDERAL RULE OF CRIMINAL PROCEDURE 16

Case No. 3:18-cr-00203-EMC

1325117

8. Attached as **Exhibit G** is a true and correct copy of a November 14, 2018 letter to Ms. Wulff, Mr. Kumar, and Mr. Schupanitz of the DOJ from Mr. Peters requesting additional discovery, filed hereto under seal.

9. Attached as **Exhibit H** is a true and correct copy of a November 30, 2018 letter to Mr. Peters from Mr. Kumar, Micah Rubbo, Ms. Wulff, and Mr. Schupanitz of the DOJ responding to Mr. Lischewski's request for additional discovery, filed hereto under seal.

10. Attached as **Exhibit I** is a true and correct copy of a December 21, 2018 letter to Ms. Wulff, Mr. Kumar, and Mr. Schupanitz of the DOJ from Mr. Peters requesting additional discovery and supplemental disclosure, filed hereto under seal.

11. Attached as **Exhibit J** is a true and correct copy of a January 22, 2019 letter to Mr. Peters from Mr. Kumar, Ms. Rubbo, Ms. Wulff, and Mr. Schupanitz of the DOJ responding to the December 21, 2018 letter sent by Mr. Peters, filed hereto under seal.

12. Attached as **Exhibit K** is a true and correct copy of a February 15, 2019 letter that I sent to Mr. Kumar of the DOJ in response to the DOJ's January 22, 2019 letter, filed hereto under seal.

13. Attached as **Exhibit L** is a true and correct copy of a February 22, 2019 letter to me from Mr. Kumar, Ms. Rubbo, Ms. Wulff, and Mr. Schupanitz of the DOJ responding to my February 15, 2019 discovery correspondence, filed hereto under seal.

14. Attached as **Exhibit M** is a true and correct copy of a December 7, 2018 letter to Mr. Peters from Mr. Kumar, Ms. Rubbo, Ms. Wulff, and Mr. Schupanitz of the DOJ re attached Attorney Proffer Information, filed hereto under seal.

15. Attached as **Exhibit N** is a true and correct copy of a December 14, 2018 letter to Mr. Peters from Mr. Kumar, Ms. Rubbo, Ms. Wulff, and Mr. Schupanitz of the DOJ re attached Attorney Proffer Information, filed hereto under seal.

2
DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT
CHRISTOPHER LISCHEWSKI'S MOTION TO COMPEL COMPLIANCE WITH THE GOVERNMENT'S
OBLIGATIONS UNDER BRADY, GIGLIO, THE JENCKS ACT, AND
FEDERAL RULE OF CRIMINAL PROCEDURE 16

Case No. 3:18-cr-00203-EMC

1325117

16. Attached as **Exhibit O** is a true and correct copy of a January 25, 2019 letter to Mr. Peters from Mr. Kumar, Ms. Rubbo, Ms. Wulff, and Mr. Schupanitz of the DOJ re attached Attorney Proffer Information, filed hereto under seal.

17. Attached as **Exhibit P** is a true and correct copy of a February 22, 2019 letter to Mr. Peters from Mr. Kumar, Ms. Rubbo, Ms. Wulff, and Mr. Schupanitz of the DOJ re attached Attorney Proffer Information, filed hereto under seal.

18. Attached as **Exhibit Q** is a true and correct copy of the DOJ's witness summary of Scott Cameron's November 3, 2016 attorney proffer, filed hereto under seal.

19. Attached as **Exhibit R** is a true and correct copy of the DOJ's witness summary of Kenneth Worsham's January 18, 2017 attorney proffer, filed hereto under seal.

20. Attached as **Exhibit S** is a true and correct copy of the DOJ's witness summary of Michael White's December 11, 2017 witness interview, filed hereto under seal.

21. Attached as **Exhibit T** is a true and correct copy of the DOJ's witness summary of Stephen Hodge's March 9, 2019 witness interview, filed hereto under seal.

22. My colleagues Elliot Peters, Ben Hur, Elizabeth McCloskey, and I have engaged in extensive communications with counsel for the government regarding the government's duty to disclose information required under *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), the Jencks Act, 18 U.S.C. § 3500, and Rule 16 of the Federal Rules of Criminal Procedure, including the materials specifically at issue in this motion. Several letters reflecting these communications are attached hereto as Exhibits B and G-L, described above.

23. On March 25, 2019, my colleague Elizabeth McCloskey and I participated in a telephone call with Manish Kumar, Micah Rubbo, and Andrew Schupanitz, counsel for the government in this action. During this telephone call, I advised the government that I believed that we had reached an impasse regarding our discussions of the government's obligation to disclose the materials at issue in this motion. I further advised counsel for the government that, absent the government's agreement to voluntarily produce these materials, Mr. Lischewski would

3

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT CHRISTOPHER LISCHEWSKI'S MOTION TO COMPEL COMPLIANCE WITH THE GOVERNMENT'S OBLIGATIONS UNDER BRADY, GIGLIO, THE JENCKS ACT, AND FEDERAL RULE OF CRIMINAL PROCEDURE 16

Case No. 3:18-cr-00203-EMC

1325117

be forced to file this Motion to Compel. Ms. Rubbo agreed that the parties had reached an impasse and the government has declined to produce further materials responsive to Mr. Lischewski's requests at issue in this motion.

24.     The parties were unable to reach agreement regarding the government's production of the following materials at issue in this Motion to Compel: (1) information related to the negotiation of plea and amnesty agreements with the government's cooperating witnesses, including any draft agreements, any communications between the government and the witness or counsel for the witness, any notes related to those communications, and any other promises, consideration, or inducements made to the witness directly or indirectly concerning those negotiations or agreements; (2) original and contemporaneous notes from all government attendees of conversations with witnesses and conversations with counsel for witnesses; and (3) grand jury subpoenas, civil investigative demands, and related requests and correspondence. This Motion to Compel followed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 28, 2019, in San Francisco, California.

_____
NICHOLAS S. GOLDBERG

4
DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT
CHRISTOPHER LISCHEWSKI'S MOTION TO COMPEL COMPLIANCE WITH THE GOVERNMENT'S
OBLIGATIONS UNDER BRADY, GIGLIO, THE JENCKS ACT, AND
FEDERAL RULE OF CRIMINAL PROCEDURE 16

Case No. 3:18-cr-00203-EMC

1325117