KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
ELLIOT R. PETERS - # 158708
epeters@keker.com
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
CHRISTOPHER LISCHEWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>Defendant. | Case No. 3:18-cr-00203-EMC<br><br>**DEFENDANT CHRISTOPHER LISCHEWSKI'S NOTICE OF COMPLIANCE WITH THE COURT'S APRIL 17, 2019 ORDER**<br><br>Dept.     Courtroom 5 - 17th Floor<br>Judge:    Hon. Edward M. Chen<br><br>Date Filed: May 16, 2018<br><br>Trial Date: November 4, 2019 |

DEFENDANT CHRISTOPHER LISCHEWSKI'S NOTICE OF COMPLIANCE WITH
THE COURT'S APRIL 17, 2019 ORDER
Case No. 3:18-CR-00203-EMC

1327132

**PLEASE TAKE NOTICE** that Defendant Christopher Lischewski has submitted materials to the Court in an *ex parte*, sealed filing in compliance with the Court's April 17, 2019 Order. *See* ECF 138, Criminal Minutes, at 1–2 (Apr. 17, 2019).

Respectfully submitted,

Dated: April 26, 2019

KEKER, VAN NEST & PETERS LLP

By:  */s/ Nicholas S. Goldberg*
JOHN W. KEKER
ELLIOT R. PETERS
ELIZABETH K. MCCLOSKEY
NICHOLAS S. GOLDBERG

Attorneys for Defendant
CHRISTOPHER LISCHEWSKI