MICAH L. RUBBO (CSBN 267465)
LESLIE A. WULFF (CSBN 277979)
ALEXIS J. LOEB (CSBN 269895)
ANDREW SCHUPANITZ (CSBN 315850)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
leslie.wulff@gmail.com

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>Defendant. | No. 18-cr-00203-EMC<br><br>**SUPPLEMENTAL APPENDIX 2 TO UNITED STATES' NOTICE OF COCONSPIRATOR STATEMENTS PURSUANT TO LOCAL RULE 16-1**<br><br>Date: June 12, 2019<br>Time: 2:30 p.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor |

# MANUAL FILING NOTIFICATION

Regarding: Supplemental Appendix 2 to United States' Notice of Coconspirator Statements.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly.

**This filing was not e-filed for the following reason(s):**

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☐ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☒ All Items Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other:

Dated: April 26, 2019

Respectfully submitted,

/s/ *Leslie A. Wulff*
LESLIE A. WULFF
Trial Attorney
U.S. Department of Justice
Antitrust Division