UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** June 11, 2019 | **Time:** 1:35 – 3:44;<br>4:01 – 4:39 =<br>2 Hours; 47 Minutes | **Judge:** EDWARD M. CHEN |
| **Case No.:** 18-cr-00203-EMC-1 | **Case Name:** USA v. Christopher Lischewski | |

**Attorneys for Government:** Leslie Wulff, Micah Rubbo
**Attorneys for Defendant:** Elliot Peters, Nicholas Goldberg
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan |
| **Interpreter:** | **Probation Officer:** |

## PROCEEDINGS

[138] Hearing re: U.S. Notice of Co-Conspirators Statements – Held.

## SUMMARY

Parties stated appearances and proffered argument. Index of Unindicted Co-conspirators handed up to the Court by the Government for purposes of today's hearing to prevent public disclosure of identities (document sealed to protect identity).

118 documents and expected trial testimony are in dispute. Court addressed the 801(d)(2)(E) elements on the record. Court found that the Government met its burden of showing by a preponderance of the evidence a price-fixing conspiracy and Defendant's participation in the conspiracy. Court found that the Government met its burden of showing that declarants were members of the conspiracy for all but one of the contested declarants.

Court withheld ruling on whether the in-furtherance requirement has been met. Court will decide the procedural mechanism for ruling on each contested statement at a later date. Court informed the parties of the standards it will apply in ruling on the in-furtherance requirement – that the statements will be viewed in context of a finding of a conspiracy and declarant's involvement therein.

Court ordered the Government to submit a comprehensive list of anticipated testimony with a greater level of specificity as part of pretrial filings as stated on the record.

Parties have a filing deadline of 8/6/2019 for their joint exhibit list. Parties shall meet and confer to resolve the logistics of compiling the joint exhibits.

Written order to follow.