KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
ELLIOT R. PETERS - # 158708
epeters@keker.com
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
CHRISTOPHER LISCHEWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>Defendant. | Case No. 3:18-cr-00203-EMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT CHRISTOPHER LISCHEWSKI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL HIS OPPOSITION TO THE UNITED STATES' NOTICE OF COCONSPIRATOR STATEMENTS AND GOLDBERG DECLARATION**<br><br>Date:     June 11, 2019<br>Time:    1:30 p.m. (specially set)<br>Dept.    Courtroom 5 - 17th Floor<br>Judge:   Hon. Edward M. Chen<br><br>Date Filed: May 16, 2018<br><br>Trial Date: November 4, 2019 |

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S ADMINSITRATIVE MOTION TO FILE UNDER
SEAL HIS OPPOSITION TO THE UNITED STATES' NOTICE OF COCONSPIRATOR STATEMENTS
AND GOLDBERG DECLARATION
Case No. 3:18-cr-00203-EMC

1328309

Defendant Christopher Lischewski's Administrative Motion to File Under Seal His Opposition to the United States' Notice of Coconspirator Statements came on for hearing on June 11, 2019, before the Honorable Edward M. Chen, Judge of the District Court. After considering the papers submitted by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, and good cause appearing therefor, the Court hereby **GRANTS** defendant Christopher Lischewski's Administrative Motion to File Under Seal.

Specifically, the Court hereby orders that the following documents shall be filed under seal pursuant to Local Rule of Criminal Procedure 56-1(c):

| Document | Portions to be filed under seal |
|---|---|
| Defendant Christopher Lischewski's Opposition to the United States' Notice of Coconspirator Statements | Entire |
| Declaration of Nicholas S. Goldberg in Support of Defendant's Opposition to the United States' Notice of Coconspirator Statements, and Supporting Exhibits | Entire |

IT IS SO ORDERED.

Dated: __June 24_____, 2019

_____
Hon. Edward M. Chen
United States District Judge
Northern District of California

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINSITRATIVE MOTION TO FILE UNDER SEAL HIS OPPOSITION TO THE UNITED STATES' NOTICE OF COCONSPIRATOR STATEMENTS AND GOLDBERG DECLARATION
Case No. 3:18-cr-00203-EMC

1328309