KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
ELLIOT R. PETERS - # 158708
epeters@keker.com
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
CHRISTOPHER LISCHEWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>       Defendant. | Case No. 3:18-cr-00203-EMC<br><br>**DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT'S MOTIONS IN LIMINE NOS. 1-13**<br><br>Date:       August 27, 2019<br>Time:       2:30 p.m.<br>Dept.       Courtroom 5 – 17th Floor<br>Judge:      Hon. Edward M. Chen<br><br>Date Filed: May 16, 2018<br><br>Trial Date: November 4, 2019 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, NICHOLAS S. GOLDBERG, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner in the law firm of Keker, Van Nest & Peters LLP, counsel for Defendant Christopher Lischewski in the above-captioned action. I make this declaration in support of Mr. Lischewski's Motions in Limine No. 1-13.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Government's Exhibit List Disclosure, sent to counsel for Mr. Lischewski on July 9, 2019.

3. Attached hereto as **Exhibit 2** is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The document is produced with Bates stamp BBDOJ-000134030-39 and is dated September 11, 2010.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document titled ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The document is produced with Bates stamp NFI1-0013610-20 and is dated March 15, 2010.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email chain involving Jill Irvin, Dave Melbourne, Mary Hansan and others regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The email is produced with Bates stamp BBDOJ-001194076-77 and is dated March 11-12, 2010.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email from Dave Melbourne to Mary Hansan, copying others, regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The email is produced with Bates stamp BBDOJ-000253470-78 and is dated March 19, 2010.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from Micah L. Rubbo to Elliot Peters, dated April 26, 2019, with the Government's Amended Local Rule 16-1(c)(3) Disclosure.

8. Attached hereto as **Exhibit 7** is a true and correct copy of relevant excerpts from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF
DEFENDANT'S MOTIONS IN LIMINE Nos. 1-13
Case No. 3:18-cr-00203-EMC

1336753

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from ▉ ▉ The document is produced with Bates stamp TUNA-DOJ-000003018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from ▉ ▉ This document is produced with Bates stamp TUNA-DOJ-000003065, 70-71.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email from Joseph Berry to Dave Melbourne regarding ▉ This email is produced with Bates stamp BBDOJ-001063682-84 and is dated October 15, 2010.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a document titled ▉ The document is produced with Bates stamp COSI-000002192-223 and is dated April 18, 2012.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from ▉ ▉

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from ▉ ▉

15. Attached hereto as **Exhibit 14** is a true and correct copy of an email from Chris Lischewski to Douglas Hines and others regarding ▉ The email is produced with Bates stamp BBDOJ-000572068-69 and is dated November 29, 2007.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an email from Joseph Berry to Daniel Gerlach regarding ▉ The email is produced with Bates stamp BBDOJ-000299454-60 and is dated December 6, 2007.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an email from Shue Wing Chan to Thiraphong Chansiri and others regarding ▉ The email is produced with Bates stamp COSI-DOJ-000351359-60 and is dated January 28, 2008.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an email from David Burt to Daniel Gerlach regarding ▉ The email is produced with Bates stamp BBDOJ-000310889-91 and is dated March 17, 2008.

1      19.    Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from ███ ███████████████████████████████████████████ The document is produced with Bates stamp TUNA-DOJ-000003276-77.

       20.    Attached hereto as **Exhibit 19** is a true and correct copy of an article by Marty Graham, *Tuna companies to pay $3.3 million to settle skimping claims*, Reuters, dated August 3, 2012.

       21.    Attached hereto as **Exhibit 20** is a true and correct copy of an article by Tom Seaman, *Amid lawsuits, US tuna brands make new push for drained weight stand*, Undercurrent News, dated February 24, 2016.

       22.    Attached hereto as **Exhibit 21** is a true and correct copy of an email from Steve Hodge to Kenneth Worsham regarding ███████████ The email is produced with Bates stamp BBDOJ-000042133 and is dated August 6, 2012.

       23.    Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from ███ ███████████████████████████████████████████ The document is produced with the Bates stamp TUNA-DOJ-000003330.

       24.    Attached hereto as **Exhibit 23** is a true and correct copy of an email from David Roszmann to Shue Wing Chan regarding ████████████████████████ The email is produced with Bates stamp COSI-DOJ-000000374 and is dated May 29, 2014.

       25.    Attached hereto as **Exhibit 24** is a true and correct copy of an email from David Roszmann to Chris Lischewski regarding ███████████ This email is produced with Bates stamp COSI-DOJ-000000076 and is dated June 2, 2014.

       26.    Attached hereto as **Exhibit 25** is a true and correct copy of an email from David Roszmann to Chris Lischewski regarding ███████████ The email is produced with Bates stamp COSI-DOJ-000000132 and is dated July 21, 2014.

       27.    Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from ███ ████████████████████████████

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The document is produced with Bates stamp TUNA-DOJ-000003101.

29. Attached hereto as **Exhibit 28** is a true and correct copy of an email from Renato Curto to Joe Hamby and others regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The email is produced with Bates stamp TRIMAR-OFFIC00000003-4 and is dated August 8, 2012.

30. Attached hereto as **Exhibit 29** is a true and correct copy of an email from Eric Lindberg of Lion Capital to Chris Lischewski regarding ▇▇▇▇▇▇▇ and purporting to attach a document authored by anonymous person(s). The email is dated February 6, 2012, the email and attachment are Bates-stamped with LION_DOJ_00000001-4, and marked as Government Exhibit 262.

31. Attached hereto as **Exhibit 30** is a true and correct copy of an email from Chris Lischewski to Eric Lindberg regarding ▇▇▇▇▇▇▇ The email is produced with Bates stamp BBDOJ-001220775-76, dated February 6, 2012, and marked as Government Exhibit 265.

32. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

33. Attached hereto as **Exhibit 32** is a true and correct copy of relevant excerpts from the Form S-4 Registration Statement for Bumble Bee Foods, LLC, et al, filed on July 30, 2010. The document is produced with Bates stamp BBDOJ-001025214-15.

34. Attached hereto as **Exhibit 33** is a true and correct copy of relevant excerpts from the 2012 audit results for Bumble Bee Foods S.a r.l. and Bumble Bee Holdco S.C.A. The document is produced with Bates stamp BB-000137215 and is dated March 21, 2013.

///
///
///
///
///
///

35.     Attached hereto as **Exhibit 34** is a true and correct copy of an excerpt from the Deposition of Shue Wing Chan taken in the *In Re: Packaged Seafood Products Antitrust Litigation*, No. 3:15-md-2670-JLS-MDD (S.D. Cal., Dec. 10, 2018).  The document is produced with Bates stamp COSI-DOJ-000436099-100.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 23, 2019, in San Francisco, California.

NICHOLAS S. GOLDBERG