# EXHIBIT 19

Discover Thomson Reuters    Directory of sites   Login   Contact   Support



Business   Markets   World   Politics   TV   More

U.S.   AUGUST 3, 2012 / 5:40 PM / 7 YEARS AGO

# Tuna companies to pay $3.3 million to settle skimping claims

Marty Graham                                           3 MIN READ

SAN DIEGO (Reuters) - Three of the largest U.S. sellers of canned tuna have agreed to pay $3.3 million collectively to settle civil claims brought by three California counties over complaints the companies put less fish in their cans than represented on their labels.

StarKist, Chicken of the Sea and Bumble Bee brands of canned tuna contained more liquid and less tuna than stated on their cans, according to a lawsuit and settlement both filed Thursday by district attorneys for Marin, Riverside and San Diego counties.

The companies cooperated fully in an investigation stemming from the complaint and in reaching the settlement, the prosecutors said. The inquiry into complaints of tuna under-filling began in 2010, San Diego County Deputy District Attorney Gina Darvas said.

"The California Department of Food and Agriculture has a division of measurement standards, and they look at short weights, among other things," Darvas said. "Someone had an anecdotal feeling there was less tuna in cans, and they looked into it."

The shortages were found in tuna packed in vegetable broth, prosecutors said. No liability was admitted by the tuna canners in the settlement.

ADVERTISEMENT

"It's not necessarily intentional," Darvas said. "They get a little sloppy on keeping up with calibrating their weighing equipment, and we occasionally have to provide an incentive that they play by the rules."

Calls for comment to StarKist, Chicken of the Sea and Bumble Bee were not immediately returned on Friday.

The National Fisheries Institute, whose membership includes the three tuna canners, said the problem is the weighing standard used by the federal Food and Drug Administration.

"The dispute centered around the FDA's 55-year-old pressed weight standard. Rather than litigate against an outdated standard, the companies will continue their own efforts with FDA towards establishing a more modern, consistent and reliable standard of

measurement that can be easily understood and verified by consumers," the group said in a written statement.

The settlement includes $969,500 to be paid to each county's consumer protection division, $300,000 worth of canned tuna to be donated to California Food Banks, plus investigation costs, Darvas said.

"It would be impossible to identify and compensate everyone who has purchased the cans of tuna that were light," Darvas said, noting that tuna is a staple in most households. "So we found a good alternative that we are very pleased with."

Editing by Steve Gorman, Cynthia Johnston and Lisa Shumaker

*Our Standards:*   The Thomson Reuters Trust Principles.

**MORE FROM REUTERS**



**MORE FROM REUTERS**

**PAID PROMOTIONAL LINKS** Promoted by Dianomi

Rich get richer, everyone else not so much in record U.S. expansion 02 Jul

Boeing pledges $100 million to help 737 MAX crash families 03 Jul

Fast & Cheap Online Degrees For Seniors
Sponsored by Education | Sponsored Links

2019's Standout Business Credit Cards - Deals That Outshine The Rest
Sponsored by NerdWallet

Netanyahu says Trump knew in advance of Israel's Iran archive mission 02 Jul

Morgan's 'tea-sipping' World Cup celebration causes a stir 03 Jul

Top 9 Best Balance Transfer Credit Cards of 2019
Sponsored by CompareCards.com

An Unbelievable Card Has 0% Interest Until 2021
Sponsored by CompareCards.com

Locked out of China, U.S. pork producers sniff out new buyers 02 Jul

The fact that this card has no annual fee is nuts
Sponsored by The Ascent by The Motley Fool

**PAID PROMOTIONAL LINKS**	Promoted by **Dianomi**

 Cardholders can secure $1,148 of value with no annual fee
The Ascent by The Motley Fool

 Transfer Your Debt And Pay 0 Interest Until 2021
CompareCards.com

 Buy and hold these 6 stocks to generate steady income in retirement.
Liberty Through Wealth

 Turn $100 into Fortune Without Risking a Dime in the Stock Market
Crowdability

 Over 62? This Loophole Could Change Your Retirement Forever
Saint Paul Research

 Which Travel Card Has The Most Valuable Miles?
NerdWallet

Retirement Guru Shows How He Turned $4,600 to $460,164 Trading Options
TradeWins

Online Degrees: Current Prices Might Shock You
Education | Sponsored Links

Fast, simple, secure remote computer access for individuals and teams.
Business.com

A solid framework can help you build portfolios with confidence.
Fidelity Investments

$500,000 in Term Life Coverage Starting at $13.42/month
AIG Direct

Motley Fool Issues Rare "All In" Buy Alert
The Motley Fool

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2019 Reuters. All Rights Reserved.