# EXHIBIT D



**U.S. Department of Justice**

Antitrust Division

*San Francisco Office*

450 Golden Gate Avenue                     415/436-6660
Box 36046, Room 10-0101              FAX 415/436-6687
San Francisco, CA 94102-3478

November 12, 2018

Mr. John J. Sawyer

Re:  Cooperation and Nonprosecution Agreement

Dear Mr. Sawyer:

        This letter sets forth the terms and conditions between the United States and you concerning your cooperation with the United States' criminal investigation of federal antitrust and related offenses in the packaged-seafood industry.

        1.      You agree to cooperate fully and truthfully with the United States in connection with its investigation of violations of federal antitrust and related criminal laws involving the sale of packaged seafood in the United States, any federal investigation resulting therefrom, and any litigation or other proceedings arising or resulting from any such investigation to which the United States is a party (collectively "Federal Proceeding"). Federal Proceeding includes, but is not limited to, an investigation, prosecution, litigation, or other proceeding regarding obstruction of, the making of a false statement or declaration in, the commission of perjury or subornation of perjury in, the commission of contempt in, or conspiracy to commit such offenses in, a Federal Proceeding.  Your full, truthful, and continuing cooperation will include, but not be limited to:

                (a)     producing in the United States all documents, including claimed personal documents, and other materials, wherever located, not protected under the attorney-client privilege or the work-product doctrine, in your possession, custody or control, requested by attorneys and agents of the United States in connection with any Federal Proceeding;

                (b)     making yourself available for interviews in the United States, not at the expense of the United States, upon the request of attorneys and agents of the United States in connection with any Federal Proceeding;

                (c)     responding fully and truthfully to all inquiries of the United States in connection with any Federal Proceeding, without falsely implicating any person or intentionally withholding any information, subject to the

penalties of making a false statement or declaration (18 U.S.C. §§ 1001, 1623), obstruction of justice (18 U.S.C. § 1503, *et seq.*), or conspiracy to commit such offenses;

(d)   otherwise voluntarily providing the United States with any material or information, not requested in (a) - (c) of this paragraph and not protected under the attorney-client privilege or work-product doctrine, that you may have that is related to any Federal Proceeding; and

(e)   when called upon to do so by the United States in connection with any Federal Proceeding, testifying in grand jury, trial and other judicial proceedings in the United States, fully, truthfully, and under oath, subject to the penalties of perjury (18 U.S.C. § 1621), making a false statement or declaration in grand jury or court proceedings (18 U.S.C. § 1623), contempt (18 U.S.C. §§ 401-402), and obstruction of justice (18 U.S.C. § 1503, *et seq.*).

2.     Subject to your satisfaction of the obligations set forth in paragraph one above, the United States will not bring criminal charges against you for any act or offense committed prior to the date of signature of this letter that was undertaken in furtherance of an antitrust conspiracy involving the sale of packaged seafood in the United States ("Relevant Offense"). The nonprosecution terms of this paragraph do not apply to civil matters of any kind; any violation of the federal tax or securities laws or conspiracy to commit such offenses; any crime of violence; or perjury or subornation of perjury (18 U.S.C. §§ 1621-22), making a false statement or declaration (18 U.S.C. §§ 1001, 1623), obstruction of justice (18 U.S.C. § 1503, *et seq.*), contempt (18 U.S.C. §§ 401-402), or conspiracy to commit such offenses. Further, except as provided below, information provided by you to the United States pursuant to this agreement pertaining to any Relevant Offense, or any information directly or indirectly derived from that information, may not be used against you in a criminal case, except a prosecution for perjury or subornation of perjury (18 U.S.C. §§ 1621-22), making a false statement or declaration (18 U.S.C. §§ 1001, 1623), obstruction of justice (18 U.S.C. § 1503, *et seq.*), contempt (18 U.S.C. §§ 401-402), or conspiracy to commit such offenses.

3.     In the event that you fail to comply fully with any of your obligations under paragraph one of this agreement, the United States will notify you or your counsel in writing of its intent to void the nonprosecution and immunity protections granted to you under this agreement, and you shall be subject to prosecution for any federal crime of which the United States has knowledge, including, but not limited to, any Relevant Offense. In addition, you agree that, in such a prosecution, any documents, statements, information, testimony, or evidence provided by you to attorneys or agents of the United States, federal grand juries, or courts, and any leads derived therefrom, may be used against you, notwithstanding the protections of Fed. R. Evid. 410. You also agree, in the event of a breach of your obligations under paragraph one of this agreement, that the statute of limitations period for any Relevant Offense will be tolled for the period between the date of the signing of this agreement and six months after the date that the United States gave notice of its intent to void your protections under this agreement.

This letter constitutes the entire agreement between you and the United States concerning your nonprosecution for antitrust and related offenses. Your signature below signifies your acceptance of all of the terms of the agreement.

Regards,

Digitally signed by
MANISH KUMAR
Date: 2018.11.19
14:20:25 -08'00'

Manish Kumar
Acting Chief
San Francisco Office

John J. Sawyer

11/16/18
Date

John Terzaken, Esq.
Counsel for John J. Sawyer

11/16/18
Date

3