MICAH L. RUBBO (CSBN 267465)
LESLIE A. WULFF (CSBN 277979)
MIKAL J. CONDON (CSBN 229208)
ANDREW SCHUPANITZ (CSBN 315850)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
leslie.wulff@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | No. 18-cr-00203-EMC |
|---|---|
| v. | **DECLARATION OF LESLIE WULFF IN SUPPORT OF UNITED STATES' ADMINISTRATIVE MOTION TO SEAL APPENDICES, EXHIBITS, AND ATTACHMENTS TO UNITED STATES' PRETRIAL FILINGS** |
| CHRISTOPHER LISCHEWSKI, | |
| Defendant. | Date: August 27, 2019<br>Time: 10:30 a.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor |

I, Leslie A. Wulff, declare under penalty of perjury as follows:

1. I am a Trial Attorney at the San Francisco office of the United States Department of Justice's Antitrust Division. I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the facts set forth herein.

2. I make this declaration pursuant to Criminal Local Rule 56-1(c) in support of the Administrative Motion to Seal Portions of Pretrial Filings.

3. Supplemental Appendix A, the Exhibits to Supplemental Appendix A, and Amended Consolidated Appendix 1 to the United States' Supplemental Notice of Coconspirator Statements contain information that is similar or identical to information previously ordered sealed by the Court at Docket No. 200.

4. The information in Exhibit A to the United States' Witness List is derived from grand jury transcripts and interview reports. This information is similar or identical to information previously ordered sealed by the Court at Docket No. 200.

5. Appendix 1, Appendix 2, and Appendix 3 and all of its attachments to the United States' Notice of Intent to Introduce and Admit a Summary Chart Under Fed. R. Evidence 1006 contain witness telephone numbers. Attachments to Appendix 3 also contain email addresses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed on August 6, 2019 in San Francisco, California.

    /s/ Leslie A. Wulff
    LESLIE A. WULFF
    Trial Attorney
    Department of Justice
    Antitrust Division

WULFF DECL ISO U.S. MOTION TO
SEAL APPENDICES, EXHIBITS, AND
ATTACHMENTS TO U.S. PRETRIAL FILINGS
No. 18-cr-00203-EMC                         1