MICAH L. RUBBO (CSBN 267465)
LESLIE A. WULFF (CSBN 277979)
MIKAL J. CONDON (CSBN 229208)
ANDREW SCHUPANITZ (CSBN 315850)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
micah.rubbo@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>Defendant. | No. 18-cr-00203-EMC<br><br>**Joint Statement Regarding Proposed Jury Questionnaire**<br><br>Date: August 27, 2019<br>Time: 10:30 a.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor |

The United States and Defendant Christopher Lischewski jointly request that prospective jurors be asked to complete in advance of jury selection the juror questionnaire, attached as Appendix A, to which the parties have agreed. Below, the parties each propose additional questions for the juror questionnaire, on which no agreement has been reached. The parties object to each of the questions proposed by the other side.

The government requests the following additional disputed questions be added to the questionnaire:

<u>After Question 26:</u>

1. If you were to sit as a juror in this case, your job would be to listen to all of the evidence, apply the law to that evidence, and determine if the defendant is guilty of the crime charged. Do you have any reluctance or hesitancy about your ability to find the defendant guilty even if the evidence supports a Guilty verdict?

____ Yes      ____ Not Sure      ____ No

IF YES or NOT SURE, please explain:

<u>After Question 28:</u>

2. Do you have any ethical, religious, political or other beliefs that might prevent you from serving as a juror or sitting in judgment of another person?

____ Yes      ____ No      ____ Not sure

IF YES or NOT SURE, please explain:

Mr. Lischewski requests the following additional disputed questions be added to the questionnaire:

<u>After Question 22:</u>

1. If a witness cooperating with the government is testifying against someone else accused of a crime, do you believe that <u>the accused</u> is probably guilty of a crime?

Yes_____      No_____

Please explain why you feel the way that you do:

2. This is a case brought by the federal government against a senior corporate executive. Does the fact that the government spent time and effort bringing this case to trial make you think that the defendant did something wrong?

Yes_____        No_____

If YES, please explain:

3. Some corporations and their financial problems have been reported in the news in recent years. Do you have strong feelings concerning these corporations and their executives?

Positive____     Negative____     Other ____

Please explain:

4. Do you have any strong feelings about Chief Executive Officers (CEOs)?

Positive____     Negative____     Other ____

Please explain:

After Question 24:

1. Do you have any affiliation with or strong feelings about Greenpeace?

Yes_____        No_____

If YES, please explain:

2. Do you think that any type(s) of commercial fishing are inappropriate or morally wrong?

Yes_____        No_____

If YES, please explain:

3. Do you think that commercial tuna fishing is inappropriate or morally wrong?

Yes_____     No_____

If YES, please explain:

After Question 25:

1. The Court will instruct you that you must decide the case solely on the evidence and the law before you and must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy, including any attitudes you may have about the courts, the legal system or the legal profession. Would you have any difficulty following that instruction?

Yes____     No____   If YES, please explain:

| | |
|---|---|
| Dated: August 6, 2019 | Respectfully submitted, |
| | /s/ *Micah L. Rubbo* |
| | MICAH L. RUBBO |
| | LESLIE A. WULFF |
| | MIKAL J. CONDON |
| | ANDREW SCHUPANITZ |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Antitrust Division |
| | |
| Dated:  August 6, 2019 | KEKER, VAN NEST & PETERS LLP |
| | |
| | By:   /s/ *Nicholas S. Goldberg* |
| | JOHN W. KEKER |
| | ELLIOT R. PETERS |
| | ELIZABETH K. MCCLOSKEY |
| | NICHOLAS S. GOLDBERG |
| | |
| | Attorneys for Defendant |
| | CHRISTOPHER LISCHEWSKI |