MICAH L. RUBBO (CSBN 267465)
LESLIE A. WULFF (CSBN 277979)
MIKAL J. CONDON (CSBN 229208)
ANDREW SCHUPANITZ (CSBN 315850)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
micah.rubbo@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>Defendant. | No. 18-cr-00203-EMC<br><br>**UNITED STATES' WITNESS LIST**<br><br>Date: August 27, 2019<br>Time: 10:30 a.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor |

In accordance with the Court's Pretrial Order for Criminal Jury Trial and Briefing Schedule (Dkt. No. 95), the United States hereby submits a list of witnesses it may call in its case in chief.  Additionally, in accordance with the Court's ruling at the June 11, 2019 hearing, attached hereto as Exhibit A under seal is a summary of anticipated testimony admissible under Federal Rule of Evidence 801(d)(2)(E), categorized by witness.

## 1.  CAMERON, WALTER SCOTT

Mr. Cameron is expected to testify regarding: (1) background information about Bumble Bee, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the

1   formation, existence, implementation, means and methods, and participants of the charged price-

2   fixing conspiracy; (3) defendant's role at Bumble Bee and participation in the charged

3   conspiracy; (4) negotiations with retailers; (5) the sale and flow of canned tuna across state lines;

4   and (6) other similar testimony.

5       **2.   CHAN, SHUE WING**

6       Mr. Chan is expected to testify regarding: (1) background information about Chicken of

7   the Sea ("COSI"), the packaged-seafood industry, and events leading up to the charged

8   conspiracy; (2) the formation, existence, implementation, means and methods, and participants

9   of the charged price-fixing conspiracy; (3) defendant's participation in the charged conspiracy;

10   (4) negotiations with retailers; (5) the sale and flow of canned tuna across state lines; and (6)

11   other similar testimony.

12       **3.   CURTO, RENATO**

13       Mr. Curto is expected to testify regarding: (1) background information about the

14   packaged-seafood industry, including issues related to fish supply; and (2) statements by

15   defendant leading up to and during the charged conspiracy regarding his and his subordinates'

16   relationships with competitors.

17       **4.   DIPIETRO, BEN**

18       Mr. DiPietro is expected to testify regarding defendant's statements in Trial Exhibit 855,

19   a May 29, 2013 Wall Street Journal article of an interview with defendant.

20       **5.   FRENZILLI, ANNA**

21       Ms. Frenzilli is a Staff Operations Specialist for the FBI and is expected to testify

22   regarding her review of voluminous phone records and preparation of Trial Exhibit 001, a Rule

23   1006 summary chart showing phone calls and text messages between phone numbers associated

24   with certain individuals between November 1, 2010 and December 31, 2013.  (*See* Dkt. No.

25   248).

26       **6.   HANDFORD, CHARLES**

27       Please see Exhibit A.

28       **7.   HINES, JAMES DOUGLAS**

1    Please see Exhibit A.

2    **8. HODGE, STEPHEN**

3    Mr. Hodge is expected to testify regarding: (1) background information about StarKist,

4    the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the

5    formation, existence, implementation, means and methods, and participants of the charged price-

6    fixing conspiracy; (3) pricing negotiations with retailers; (4) the sale and flow of canned tuna

7    across state lines; and (5) other similar testimony.

8    **9. LEE, WEN-HUNG, A/K/A "W.H. LEE"**

9    Mr. Lee is expected to testify regarding: (1) background information about the packaged-

10   seafood industry, market dynamics, fish trading, and events leading up to the charged

11   conspiracy; and (2) communications between defendant and executives at Dongwon, StarKist,

12   Thai Union, COSI, and Lion Capital.

13   **10. NESTOJKO, DANIEL**

14   Mr. Nestojko is expected to testify regarding: (1) background information about Bumble

15   Bee, the packaged-seafood industry, and events leading up to the charged conspiracy; (2)

16   directives from defendant, Worsham, and Cameron to contact competitors regarding pricing (3)

17   his communications with competitors regarding pricing; (4) communications that Cameron,

18   Worsham, and defendant were having with competitors regarding pricing; (5) the use of pricing

19   information received from competitors within Bumble Bee; (6) pricing negotiations with

20   retailers; (7) the sale and flow of canned tuna across state lines; and (8) other similar testimony.

21   **11. ROSZMANN, DAVID**

22   Mr. Roszmann is expected to testify regarding: (1) background information about COSI

23   and the packaged-seafood industry; (2) conversations with Chan regarding COSI's pricing

24   decisions during the charged conspiracy; and (3) conversations with defendant during and

25   immediately following the charged conspiracy.

26   **12. SAFEWAY INC.**

27   Michelle Castinado and/or Michael Baribeau, representatives from Safeway, will testify

28   regarding: (1) background information about the packaged-seafood and retail-grocery industry,

US WITNESS LIST
No. 18-cr-00203-EMC                                    3

1  market dynamics, and the sale of packaged seafood; (2) pricing negotiations between retailers

2  and packaged-seafood manufacturers; (3) the sale and flow of canned tuna across state lines; (4)

3  meetings and conversations with defendant and others at Bumble Bee; (5) Safeway's request for

4  sustainably sourced tuna during the conspiracy period; and (6) other similar testimony.

5      **13. SAWYER, JOHN**

6      Mr. Sawyer is expected to testify regarding: (1) background information about COSI, the

7  packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation,

8  existence, implementation, means and methods, and participants of the charged price-fixing

9  conspiracy; (3) pricing negotiations with retailers; (4) the sale and flow of canned tuna across

10  state lines; and (5) other similar testimony.

11      **14. SIMMONS, CHARLES**

12      Mr. Simmons is expected to testify regarding: (1) background information about Bumble

13  Bee, the packaged-seafood industry, and events leading up to the charged conspiracy; (2)

14  communications between competitors and executives at Bumble Bee during the charged

15  conspiracy period; and (3) Trial Exhibit 262, a letter he wrote.

16      **15. TUCKER, HUBERT**

17      Mr. Tucker is expected to testify regarding: (1) background information about COSI, the

18  packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation,

19  existence, implementation, means and methods, and participants of the charged price-fixing

20  conspiracy; (3) pricing negotiations with retailers; (4) the sale and flow of canned tuna across

21  state lines; and (5) other similar testimony.

22      **16. WORSHAM, KENNETH**

23      Mr. Worsham is expected to testify regarding: (1) background information about Bumble

24  Bee, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the

25  formation, existence, implementation, means and methods, and participants of the charged price-

26  fixing conspiracy; (3) defendant's role at Bumble Bee and participation in the charged

27  conspiracy; (4) pricing negotiations with retailers; (5) the sale and flow of canned tuna across

28  state lines; and (6) other similar testimony.

**17. WHITE, MICHAEL**

Mr. White is expected to testify regarding: (1) background information about COSI, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation, existence, implementation, means and methods, and participants of the charged price-fixing conspiracy; (3) negotiations with retailers; (4) the sale and flow of canned tuna across state lines; and (5) other similar testimony.

**18. FBI SUMMARY AGENT**

The FBI Summary Agent will testify regarding certain self-authenticating documents identified on the government's exhibit list.

Dated: August 6, 2019                           Respectfully submitted,

                                                /s/ *Micah L. Rubbo*
                                                MICAH L. RUBBO
                                                LESLIE A. WULFF
                                                MIKAL J. CONDON
                                                ANDREW SCHUPANITZ
                                                Trial Attorneys
                                                U.S. Department of Justice
                                                Antitrust Division