# Exhibit A to Witness List (Sought to be Sealed)