1  KEKER, VAN NEST & PETERS LLP
   ELLIOT R. PETERS - # 158708
2  epeters@keker.com
   CHRISTOPHER C. KEARNEY - # 154101
3  ckearney@keker.com
   ELIZABETH K. MCCLOSKEY - # 268184
4  emccloskey@keker.com
   NICHOLAS S. GOLDBERG - # 273614
5  ngoldberg@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendant
   CHRISTOPHER LISCHEWSKI
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            Case No. 3:18-cr-00203-EMC

14              Plaintiff,                [PROPOSED] ORDER GRANTING
                                          DEFENDANT CHRISTOPHER
15        v.                              LISCHEWSKI'S ADMINISTRATIVE
                                          MOTION TO FILE UNDER SEAL
16  CHRISTOPHER LISCHEWSKI,               PORTIONS OF HIS REPLY
                                          REGARDING "FAD-FREE" FISHING
17              Defendant.
                                          Date:      October 1, 2019
18                                        Time:      9:30 a.m.
                                          Dept.      Courtroom 5 – 17th Floor
19                                        Judge:     Hon. Edward M. Chen

20                                        Date Filed: May 16, 2018

21                                        Trial Date: November 4, 2019

22

23

24

25

26

27

28

Defendant Christopher Lischewski's Administrative Motion to File Under Seal Portions of His Reply Regarding "FAD-Free" Fishing came on for hearing on October 1, 2019, before the Honorable Edward M. Chen, Judge of the District Court. After considering the papers submitted by counsel, the applicable law, the relevant pleadings and papers on file in this action, and the arguments of counsel, and good cause appearing therefor, the Court hereby **GRANTS** defendant Christopher Lischewski's Administrative Motion to File Under Seal.

Specifically, the Court hereby orders that the following portions of Defendant's Reply in Support of his Motion to Exclude Evidence and Argument Relating to "FAD-Free" Fishing, shall be filed under seal pursuant to Local Rule of Criminal Procedure 56-1(c):

| **Document** | **Portions to be filed under seal** |
|---|---|
| Defendant's Reply in Support of his Motion to Exclude Evidence and Argument Relating to "FAD-Free" Fishing | The following page/line numbers:<br>1:10-12<br>1:25-2:2<br>2:5-6<br>2:8-11<br>2:14-17 |

**IT IS SO ORDERED.**

Dated:  \_\_\_\_September 25\_\_\_\_, 2019

_____
Hon. Edward M. Chen
United States District Judge