MANISH KUMAR (CSBN 269493)
LESLIE A. WULFF (CSBN 277979)
MIKAL J. CONDON (CSBN 229208)
ANDREW SCHUPANITZ (CSBN 315850)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
manish.kumar@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>Defendant. | No. 18-cr-00203-EMC<br><br>**UNITED STATES' FIRST AMENDED WITNESS LIST**<br><br>Date: October 1, 2019<br>Time: 9:30 a.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor |

In accordance with the Court's Pretrial Order for Criminal Jury Trial and Briefing Schedule (Dkt. No. 95), the United States hereby submits an amended list of witnesses it may call in its case in chief. The government has removed a witness who it no longer finds necessary to call and has added a witness in light of the Court's prior comments at the pretrial conference.

The government proposes no modifications to Exhibit A filed under seal on August 6, 2019.

//

//

1. **CAMERON, WALTER SCOTT**

Mr. Cameron is expected to testify regarding: (1) background information about Bumble Bee, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation, existence, implementation, means and methods, and participants of the charged price-fixing conspiracy; (3) defendant's role at Bumble Bee and participation in the charged conspiracy; (4) negotiations with retailers; (5) the sale and flow of canned tuna across state lines; and (6) other similar testimony.

2. **CHAN, SHUE WING**

Mr. Chan is expected to testify regarding: (1) background information about Chicken of the Sea ("COSI"), the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation, existence, implementation, means and methods, and participants of the charged price-fixing conspiracy; (3) defendant's participation in the charged conspiracy; (4) negotiations with retailers; (5) the sale and flow of canned tuna across state lines; and (6) other similar testimony.

3. **CHANG, JEFFREY**

Mr. Chang is expected to testify regarding: (1) Lion Capital's ownership of Bumble Bee, including its contemplated exit strategy; and (2) defendant's ownership interest in Bumble Bee.

4. **CURTO, RENATO**

Mr. Curto is expected to testify regarding: (1) background information about the packaged-seafood industry, including issues related to fish supply; and (2) statements by defendant leading up to and during the charged conspiracy regarding his and his subordinates' relationships with competitors.

5. **FRENZILLI, ANNA**

Ms. Frenzilli is a Staff Operations Specialist for the FBI and is expected to testify regarding her review of voluminous phone records and preparation of Trial Exhibit 001, a Rule 1006 summary chart showing phone calls and text messages between phone numbers associated with certain individuals between November 1, 2010 and December 31, 2013. (*See* Dkt. No. 248).

**6.   HANDFORD, CHARLES**

Please see Exhibit A.

**7.   HINES, JAMES DOUGLAS**

Please see Exhibit A.

**8.   HODGE, STEPHEN**

Mr. Hodge is expected to testify regarding: (1) background information about StarKist, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation, existence, implementation, means and methods, and participants of the charged price-fixing conspiracy; (3) pricing negotiations with retailers; (4) the sale and flow of canned tuna across state lines; and (5) other similar testimony.

**9.   LEE, WEN-HUNG, A/K/A "W.H. LEE"**

Mr. Lee is expected to testify regarding: (1) background information about the packaged-seafood industry, market dynamics, fish trading, and events leading up to the charged conspiracy; and (2) communications between defendant and executives at Dongwon, StarKist, Thai Union, COSI, and Lion Capital.

**10.   NESTOJKO, DANIEL**

Mr. Nestojko is expected to testify regarding: (1) background information about Bumble Bee, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) directives from defendant, Worsham, and Cameron to contact competitors regarding pricing (3) his communications with competitors regarding pricing; (4) communications that Cameron, Worsham, and defendant were having with competitors regarding pricing; (5) the use of pricing information received from competitors within Bumble Bee; (6) pricing negotiations with retailers; (7) the sale and flow of canned tuna across state lines; and (8) other similar testimony.

**11.   ROSZMANN, DAVID**

Mr. Roszmann is expected to testify regarding: (1) background information about COSI and the packaged-seafood industry; (2) conversations with Chan regarding COSI's pricing decisions during the charged conspiracy; and (3) conversations with defendant during and immediately following the charged conspiracy.

**12. SAFEWAY INC.**

Michelle Castinado and/or Michael Baribeau, representatives from Safeway, will testify regarding: (1) background information about the packaged-seafood and retail-grocery industry, market dynamics, and the sale of packaged seafood; (2) pricing negotiations between retailers and packaged-seafood manufacturers; (3) the sale and flow of canned tuna across state lines; (4) meetings and conversations with defendant and others at Bumble Bee; (5) Safeway's request for sustainably sourced tuna during the conspiracy period; and (6) other similar testimony.

**13. SAWYER, JOHN**

Mr. Sawyer is expected to testify regarding: (1) background information about COSI, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation, existence, implementation, means and methods, and participants of the charged price-fixing conspiracy; (3) pricing negotiations with retailers; (4) the sale and flow of canned tuna across state lines; and (5) other similar testimony.

**14. SIMMONS, CHARLES**

Mr. Simmons is expected to testify regarding: (1) background information about Bumble Bee, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) communications between competitors and executives at Bumble Bee during the charged conspiracy period; and (3) Trial Exhibit 262, a letter he wrote.

**15. TUCKER, HUBERT**

Mr. Tucker is expected to testify regarding: (1) background information about COSI, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation, existence, implementation, means and methods, and participants of the charged price-fixing conspiracy; (3) pricing negotiations with retailers; (4) the sale and flow of canned tuna across state lines; and (5) other similar testimony.

**16. WORSHAM, KENNETH**

Mr. Worsham is expected to testify regarding: (1) background information about Bumble Bee, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation, existence, implementation, means and methods, and participants of the charged price-

fixing conspiracy; (3) defendant's role at Bumble Bee and participation in the charged conspiracy; (4) pricing negotiations with retailers; (5) the sale and flow of canned tuna across state lines; and (6) other similar testimony.

**17. WHITE, MICHAEL**

Mr. White is expected to testify regarding: (1) background information about COSI, the packaged-seafood industry, and events leading up to the charged conspiracy; (2) the formation, existence, implementation, means and methods, and participants of the charged price-fixing conspiracy; (3) negotiations with retailers; (4) the sale and flow of canned tuna across state lines; and (5) other similar testimony.

**18. FBI SUMMARY AGENT**

The FBI Summary Agent will testify regarding certain self-authenticating documents identified on the government's exhibit list.

Dated: September 30, 2019                           Respectfully submitted,

                                                    /s/ *Manish Kumar*
                                                    MANISH KUMAR
                                                    LESLIE A. WULFF
                                                    MIKAL J. CONDON
                                                    ANDREW SCHUPANITZ
                                                    Trial Attorneys
                                                    U.S. Department of Justice
                                                    Antitrust Division