KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
CHRISTOPHER C. KEARNEY - # 154101
ckearney@keker.com
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
CHRISTOPHER LISCHEWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00203-EMC |
| Plaintiff, | **[PROPOSED] ORDER RE COURTROOM EQUIPMENT FOR TRIAL** |
| v. | Judge:       Hon. Edward M. Chen |
| CHRISTOPHER LISCHEWSKI, | Date Filed: May 16, 2018 |
| Defendant. | Trial Date: November 4, 2019 |

Based on the application of defendant's counsel, Keker, Van Nest & Peters, the Court, having considered the request for permission, pursuant to General Order No. 58, for counsel or any person designated by counsel bearing a copy of this Order, to bring the electronic equipment listed below into the courthouse on November 1, 2019 throughout the entire trial, and to possess and use electronic equipment during trial scheduled to begin on November 4, 2019, and for good cause appearing, permission to use the requested equipment in Courtroom 5 is GRANTED. The specific electronic devices and other equipment the parties seek to bring into the courthouse are as follows:

1. 5000L to 6500L Projector;
2. DaLite Insta-Theater Screen 80";
3. DaLite Projection Stand;
4. Two 18" x 60" Tables with Skirt;
5. Two Extron 6 in x 1 out VGA switches;
6. Two Extron 1 in x 2 out VGA DAs;
7. Two Anchor AN-1000X Speakers;
8. Two CAP-1 Computer Audio Patches;
9. Two 19" computer monitors;
10. Two HP Color Laserjet M451dn Printers and Toner;
11. One portable scanner;
12. Electrical extension cords and connection wiring for the above listed equipment;
13. Three rolling library carts;
14. Two hand trucks; and
15. Two easels and large notepads.

IT IS SO ORDERED.

Dated: _____

                                                Honorable Edward M. Chen
                                               Judge of the United States District Court