UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHRISTOPHER LISCHEWSKI,<br>Defendant. | Case No. 18-cr-00203-EMC-1<br>**ORDER RE EVIDENTIARY RULINGS FOR NOVEMBER 5, 2019 TRIAL DATE**<br>Docket No. 486 |

Defendant objects to trial exhibits 2, 3.00, 3.01, 3.02, 3.03, 3.04, 3.05, 3.06, and 3.07—all of which are charts that summarize telephone calls between alleged coconspirators before, during, and after the alleged conspiracy. He argues they are misleading because these summary exhibits take account of short calls and calls lasting 0:00 as "calls" within totaled and averaged figures.

The Government responds that the summary charts identifying calls (even short calls and those that went to voicemail) are probative of the communications or attempted communications during the alleged conspiracy. Defendant does not object to the accuracy of the underlying chart on which these summary charts are based.

"The proponent may use a summary, chart, or calculation to prove the content of voluminous writings, recordings, or photographs that cannot be conveniently examined in court. The proponent must make the originals or duplicates available for examination or copying, or both, by other parties at a reasonable time and place. And the court may order the proponent to produce them in court." Fed. R. Evid. 1006.

The Court finds that missed calls and calls lasting short durations may be a misnomer when represented in the chart as "calls." As to probative value, the Government represents that it will corroborate even the short and missed calls with e-mails on or around the same time in order

to demonstrate the urgency of communications throughout the alleged conspiracy period.  As such, Defendant's objections to the Government's use of these charts as demonstratives are **OVERRULED**, subject to the Government replacing "calls" with "activations" for the purpose of clarity.  As to admissibility, the Court will apply FRE 403.  The Court reserves ruling on whether these summary charts come into evidence, subject to whether the Government can corroborate these calls with evidence proving their probative value.  Defendant is free to propose summary charts deleting non-calls.

**IT IS SO ORDERED.**

Dated:  November 5, 2019

_____
EDWARD M. CHEN
United States District Judge