KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
CHRISTOPHER C. KEARNEY - # 154101
ckearney@keker.com
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
CHRISTOPHER LISCHEWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>          Defendant. | Case No. 3:18-cr-00203-EMC<br><br>**DEFENDANT CHRISTOPHER LISCHEWSKI'S MEMORANDUM TO COURT REGARDING SCHEDULING**<br><br>Dept.    Courtroom 5 – 17th Floor<br>Judge:   Hon. Edward M. Chen<br><br>Date Filed: May 16, 2018<br><br>Trial Date: November 4, 2019 |

1    Defendant Christopher Lischewski respectfully submits this memorandum to the Court to
make a proposal regarding scheduling.  The jurors in this case were told in the questionnaire they
filled out on October 18 that the trial would be three weeks.  We are now completing our third
and heading into our fourth week of trial, with present hopes of summing up and getting the case
to the jurors during the fifth week.  There are only two trial days next week, due to Thanksgiving,
and then the following week one juror and the Court both have other commitment as of
Wednesday, December 4.  The government has long represented it would rest no later than
Wednesday November 20, and it must now be directed to do so.  The evidence needs to be
disclosed prior to Thanksgiving, so that the jury can be instructed, the parties can close, and the
case can be tendered to the jury on Monday, December 2.

The Court has given the government great latitude in its examination of witnesses.  The
direct of Stephen Hodge, for example, lasted four hours and thirty minutes, whereas cross was
one hour and thirty minutes.  Shue Wing Chan, currently on the stand, is a witness whose direct
should take no more than an hour.  The government estimates nearly three hours.  Neither of the
witnesses planned to follow Chan are even necessary.  The government is calling Summary Agent
Barclay simply to read to the jury documents that could instead merely be submitted to the jury,
to the extent the documents are found admissible, as Mr. Lischewski's counsel previously
proposed.  *See* Transcript of Oct. 9, 2019 Pretrial Conference, at 90:19-25.  The government can
present that evidence to the jury in closing.  Her testimony is unnecessary.

Mr. Roszmann is a Rule 404(b) witness with testimony concerning events in 2014, outside
the charged conspiracy period, which is non-probative of Mr. Lischewski's state of mind during
the conspiracy.  Given that we are down to 14 jurors, having lost one today, and with one of our
alternates streaking out of the courtroom appearing ill at the afternoon break, we can't afford to
have this schedule slip further.  The government has had eight full days to present its case.  Nine
is enough.  Mr. Lischewski needs three full days for his case.  Only if the government is directed

///

///

///

1

DEFENDANT'S MEMORANDUM TO COURT REGARDING SCHEDULING
Case No. 3:18-cr-00203-EMC

1357404

to rest tomorrow can this case remain on schedule   And keeping the case on schedule is the best way for the Court to ensure fairness to all parties.

Dated:  November 19, 2019                                       KEKER, VAN NEST & PETERS LLP

                                                                By:   */s/ Elliot R. Peters*
                                                                      ELLIOT R. PETERS
                                                                      CHRISTOPHER C. KEARNEY
                                                                      ELIZABETH K. MCCLOSKEY
                                                                      NICHOLAS S. GOLDBERG

                                                                      Attorneys for Defendant
                                                                      CHRISTOPHER LISCHEWSKI