UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

***AMENDED CRIMINAL MINUTES**

**Date:** November 25, 2019        **Time:** 8:00-2:56 =        **Judge:** EDWARD M. CHEN
                                           5 Hours; 28 Minutes

**Case No.**: 18-cr-00203-EMC-1    **Case Name:**  USA v. Christopher Lischewski

**Attorneys for Government:** Leslie Wulff, Manish Kumar, Mikal Condon, Andrew Schupanitz
**Attorneys for Defendant:** Elliot Peters, Nicholas Goldberg, Elizabeth McCloskey, Chris Kearney, Katie Joyce, Jee Young
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** JoAnn Bryce, Ana Dub |
| **Interpreter:** | **Probation Officer:** |

**PROCEEDINGS**

JURY TRIAL, Day 11 – Held.

**SUMMARY**

Witnesses: Christopher Lischewski.

Admitted Exhibits: 2643, 2104, *2131A, 2141, 2192, 2205, 248, 2230, 27, 22, 24, 25, 2655.

Counsel to return Tuesday, November 26, 2019, at 8:00 a.m.

See Trial Log.

**CASE CONTINUED TO: November 26, 2019 at 8:30 a.m. for Jury Trial.**