UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18-cr-00203-EMC-1               USA v. Christopher Lischewski

***AMENDED EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| EDWARD M. CHEN | Leslie Wulff, Manish Kumar, Mikal Condon, Andrew Schupanitz | Elliot Peters, Nicholas Goldberg, Elizabeth McCloskey, Jee Young Kim, Christopher Kearney, Katie Joyce |
| JURY SELECTION: | REPORTERS: | CLERK: |
|  | JoAnn Bryce, Ana Dub | Angella Meuleman |
| TRIAL DATE: November 25, 2019 | Also Present: Christopher Lischewski       Special Agent: Kelly Hodges | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 8:00 a.m. |  |  | Court in session. Housekeeping matters regarding Juror #5; Motion in Limine; and objections to exhibits discussed with the parties. |  |
|  |  | 8:40 a.m. |  |  | Jury present. Court advises jury of Juror #5 and replaced Juror with Alternate #1. Witness, **Christopher Lischewski**, approaches the witness stand for continued testimony. Direct examination of witness by Mr. Elliot Peters. |  |
|  | 2643 |  | X | X | Email to Hines from Lischewski. Admitted as to state of mind. |  |
|  | 2104 |  | X | X | Email from Lischewski to Lindberg re: pricing. Admitted as to state of mind. |  |
|  | *2131A |  | X | X | Chart - Color version of exhibit 2131. |  |
|  | 2141 |  | X | X | Email from Lischewski to Mary A. Hanson. Admitted as to state of mind. |  |
|  |  | 10:10 a.m. |  |  | Jury excused for morning break. Court in recess. |  |
|  |  | 10:27 a.m. |  |  | Court reconvened. Jury present. Direct examination of witness by Mr. Peters. |  |
|  | 2192 |  | X | X | Email to Worsham and Lischewski from Scott Cameron. |  |
|  | 2205 |  | X | X | Presentation Board of Directors Meeting. |  |
|  | 248 |  | X | X | Email: RE: (Exhibit admitted in its entirety) |  |

|  | 2230 |  | X | X | Presentation Board of Directors Meeting. |  |
|---|---|---|---|---|---|---|
|  | 2791 |  | X | X | Admitted as Demonstrative only. |  |
|  |  | 12:01 p.m. |  |  | Jury excused for lunch break.  Court in recess. |  |
|  |  | 12:53 p.m. |  |  | Court reconvened.  Housekeeping matters discussed outside the presence of the jury. |  |
|  |  | 12:56 p.m. |  |  | Jury present.  Direct examination of witness continues by Mr. Peters. |  |
|  | 298A |  | X | X | Admitted as Demonstrative only. |  |
|  |  | 1:23 p.m. |  |  | Sidebar. |  |
|  |  | 1:28 p.m. |  |  | Cross-examination of witness by Mr. Manish Kumar. |  |
| 27 |  |  | X | X | Email from Chris Lischewski 2012 Priorities. |  |
|  |  | 1:55 p.m. |  |  | Jury excused for afternoon break.  Court in recess. |  |
|  |  | 2:14 p.m. |  |  | Court reconvened.  Jury present.  Cross-examination of witness continues by Mr. Kumar. |  |
| 22 |  |  | X | X | Hot Sheet. |  |
| 24 |  |  | X | X | PMA of Ken Worsham of 2010. |  |
| 25 |  |  | X | X | PMA of Scott Cameron of 2010. |  |
| 2655 |  |  | X | X | Organizational Chart.  Page 43013 admitted. |  |
|  |  | 2:56 p.m. |  |  | Jurors excused for the day.  Court admonished and instructed to return tomorrow, November 26, 2019, at 8:30 a.m.  Housekeeping matters discussed outside the presence of the jury.  Parties shall have until 5PM today to file any proposed changes to jury instructions.  Counsel to return tomorrow, November 26, 2019, at 8:00 a.m. |  |