MANISH KUMAR (CSBN 269493)
LESLIE A. WULFF (CSBN 277979)
MIKAL J. CONDON (CSBN 229208)
ANDREW SCHUPANITZ (CSBN 315850)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
mikal.condon@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>Defendant. | No. 18-cr-00203-EMC<br><br>**STIPULATION REGARDING EXHIBIT 627**<br><br>Date: November 26, 2019<br>Time: 8:30 a.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5, 17th Floor |

1    IT IS HEREBY STIPULATED by and between the Plaintiff United States and Defendant Christopher Lischewski, by and through their counsel of record, as follows:

    1.    Tri-Union Seafoods LLC, D/B/A Chicken of the Sea International produced documents in this matter, including Exhibit 627 (COSI-DOJ-000000031).

    2.    The metadata on certain documents, including Exhibit 627, appears in Coordinated Universal Time, also known as UTC, rather than Pacific Time.

    3.    UTC is 8 hours ahead of Pacific Standard Time and 7 hours ahead of Pacific Daylight Time.

    4.    In 2011, Daylight Savings Time was March 13 to November 6.

    5.    The metadata for Exhibit 627, a November 28, 2011 email from defendant to Shue Wing Chan, indicates that the email was sent at 10:40 p.m. UTC, which was 2:40 p.m. Pacific Standard Time.

IT IS SO STIPULATED.

Dated: November 26, 2019            KEKER, VAN NEST & PETERS LLP

                                               /s/ *Elizabeth K. McCloskey*
                                               ELLIOT R. PETERS
                                               CHRISTOPHER C. KEARNEY
                                               ELIZABETH K. MCCLOSKEY
                                               NICHOLAS S. GOLDBERG
                                               Attorney for the Defendant
                                               CHRISTOPHER LISCHEWSKI

Dated: November 26, 2019            UNITED STATES

                                               /s/ *Mikal J. Condon*
                                               MANISH KUMAR
                                               LESLIE A. WULFF
                                               MIKAL J. CONDON
                                               ANDREW SCHUPANITZ
                                               Trial Attorneys
                                               U.S. Department of Justice
                                               Antitrust Division

STIPULATION REGARDING EX. 627
No. 18-cr-00203-EMC

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of Elizabeth K. McCloskey within this e-filed document.

/s/ *Mikal J. Condon*
MIKAL J. CONDON