UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| 18-cr-00203-EMC-1 | USA v. Christopher Lischewski |
|---|---|

**EXHIBIT and WITNESS LIST**

| JUDGE: <br><br>**EDWARD M. CHEN** | PLAINTIFF ATTORNEYS: <br><br>Leslie Wulff, Manish Kumar, Mikal Condon, Andrew Schupanitz | DEFENSE ATTORNEYS: <br><br>Elliot Peters, Nicholas Goldberg, Elizabeth McCloskey, Jee Young Kim, Christopher Kearney, Katie Joyce |
|---|---|---|
| **JURY SELECTION:** | **REPORTERS:** <br> JoAnn Bryce, Ana Dub | **CLERK:** <br> Angella Meuleman |
| **TRIAL DATE:** <br> November 26, 2019 | **Also Present:** Christopher Lischewski <br> Special Agent: Kelly Hodges | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session. Regarding [612], [613] and [614], Court rules as stated on the record. Stipulation discussed. Parties may stipulate as stated on the record. | |
| | 2765 | | X | X | Email from Lischewski to Chan. | |
| | 2915 | | X | X | Summary Chart. | |
| | | 8:30 a.m. | | | Jury present. Witness, **Christopher Lischewski**, on witness stand. Cross-examination of witness continues by Mr. Manish Kumar. | |
| | | 9:10 a.m. | | | Cross-examination concludes. No Re-direct examination. Sidebar. | |
| | | 9:13 a.m. | | | Jury excused for morning break. Court in recess. | |
| | | 9:43 a.m. | | | Court reconvened. Parties submitted stipulations to the Court. | |
| | | 9:48 a.m. | | | Jury present. | |
| | | | | | Following exhibits admitted into evidence and stipulated to: 16A, 16B, 17A, 17B, 2666A, 2668A, 2678A, 2680A, 2690A, 2692A. | |
| | | | | | Stipulation regarding Exhibit 1 read aloud to the jury by the Court. | |
| 1A | | | X | X | Relating to Exhibit 1. | |
| | 2791 | | X | X | Demonstrative only. | |

1

| | 2792 | | X | X | Stipulation regarding time stamps. | |
|---|---|---|---|---|---|---|
| | | 9:54 a.m. | | | Defense and Government REST. | |
| | | | | | Court excuses jury for the day, admonishes them; and further instructs them to return Monday, December 2, 2019, at 8:30 a.m. for jury instructions and closing arguments. | |
| | | 10:00 a.m. | | | Parties are instructed to return at 11:00 a.m. to further discuss housekeeping matters.  Court in recess. | |
| | | 11:05 a.m. | | | Court reconvened.  Court discussed proposed verdict form, jury instructions with the parties and takes Rule 29 motion under submission. | |
| | | 12:51 p.m. | | | Court in recess. | |
| | | 12:58 p.m. | | | Court reconvened.  Continued discussion regarding proposed jury instructions with parties.  Brief due tomorrow morning at 10:00 a.m. as discussed on the record. | |
| | | 1:25 p.m. | | | Court in recess.  Parties to return Monday, December 2, 2019, at 8:00 a.m. | |