UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 3, 2019  **Time:** 11:51 – 12:21 = 30 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 18-cr-00203-EMC-1  **Case Name:** USA v. Christopher Lischewski

**Attorneys for Government:** Leslie Wulff, Manish Kumar, Mikal Condon, Andrew Schupanitz
**Attorneys for Defendant:** Elliot Peters, Nicholas Goldberg, Elizabeth McCloskey, Chris Kearney, Katie Joyce, Jee Young
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** JoAnn Bryce |
|---|---|
| **Interpreter:** | **Probation Officer:** |

## PROCEEDINGS

Jury Verdict – Held.

## SUMMARY

All parties present – verdict read aloud.  Verdict: GUILTY.

Filing of written post-trial motions due 1/13/2020; response due 2/10/2020; reply due 2/24/2020. Hearing on motions set March 18, 2020 at 2:30 p.m. Matter REFERRED to U.S. Probation Office for presentence investigation report.  Sentencing set April 8, 2020 at 2:30 p.m.