UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>CHRISTOPHER LISCHEWSKI,<br>　　　　Defendant. | Case No. 18-cr-00203-EMC-1<br><br>**VERDICT FORM** |

WE, THE JURY, in the above-entitled case, unanimously find the answer to the following:

**Question 1:**

We, the Jury, unanimously find the defendant, **Christopher Lischewski**,

GUILTY __X__ or NOT GUILTY ____ (check one) of participating in a conspiracy to fix prices of canned tuna in violation of the Sherman Act, 15 U.S.C. § 1, as charged in Count One of the Indictment.

**If you checked "GUILTY" in Question 1, please answer Question 2.**

**If you checked "NOT GUILTY" in Question 1, ignore Question 2.**

**Question 2:**

We, the Jury, unanimously find the conspiracy to fix prices charged in Count One of the Indictment involved defendant and at least one other company, as specified below (check one):

(1) Only StarKist _____, or

(2) Only Chicken of the Sea _____, or

(3) StarKist and Chicken of the Sea __X__

**If you checked (2) on Question 2, please answer Question 3.**

**Question 3:**

We, the Jury, unanimously agree that there was at least one Chicken of the Sea participant in the conspiracy other than Shue Wing Chan.

Yes_____            No _____

**PLEASE SIGN AND DATE BELOW.**

Dated: __12-3__, 2019

_____
Foreperson

Tim Regp

2