UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>    v.<br><br>CHRISTOPHER LISCHEWSKI,<br><br>              Defendant. | Case No. 18-cr-00203-EMC-1<br><br>**ORDER OVERRULING DEFENDANT'S OBJECTION TO VICTIM STATEMENTS AT SENTENCING**<br><br>Docket No. 683 |

Mr. Lischewski's objection to victims being heard at sentencing via Zoom through their respective counsel is **OVERRULED**.

This order disposes of Docket No. 683.

**IT IS SO ORDERED**.

Dated: June 15, 2020

_____
EDWARD M. CHEN
United States District Judge